UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00488-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ROBERTO DIAZ-REYES,

    Defendant.

---

**ORDER**

---

This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Thursday, December 29, 2011,** and responses to these motions shall be filed by **Monday, January 9, 2012.** It is

FURTHER ORDERED that counsel shall request a hearing on all pending motions, if necessary, and final trial preparation conference at a future date. It is

FURTHER ORDERED that a 3-day jury trial is set for **Monday, February 6, 2012, at 9:00 a.m. in courtroom A-1002.**

Dated: December 5, 2011.

                                  BY THE COURT:

                                  s/ Wiley Y. Daniel
                                  WILEY Y. DANIEL
                                  CHIEF U. S. DISTRICT JUDGE