UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00488-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ROBERTO DIAZ-REYES,

    Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A Notice of Disposition was filed in the above matter on January 9, 2012. Accordingly, the jury trial set for February 6, 2012 is **VACATED.** A Change of Plea hearing is set for **Friday, March 16, 2012 at 9:00 a.m. Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.** If the documents are not timely submitted, the hearing will be **VACATED**. **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

    January 9, 2012